Tammy FURR, Steven Robinson, Maurice Sherrod, and Sanford Wezner, Petitioners,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2006–3274.

United States Court of Appeals, Federal Circuit.

May 11, 2007.

Before GAJARSA, PROST, Circuit Judges and OTERO, District Judge.*

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

* Honorable S. James Otero, District Judge, United States District Court for the Central District of California, sitting by designation.

ORDERED and ADJUDGED:

*AFFIRMED*.  *See* Fed. Cir. R. 36.